

**TAMIKA N. HARDY**
PARTNER
(516) 357-3316
tamika.hardy@rivkin.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2025
```

April 8, 2025

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
40 Foley Square, Room
New York, NY 10007

**APPLICATION GRANTED**

*[signature]* 4/9/2025
Hon. Katharine H. Parker, U.S.M.J.

Re:   **Merrisa Hakim v. Rebel Hotel Company New York LLC**
      **Docket No.: 25-cv-2385(PAE)(KHP)**

Dear Judge Parker:

This firm represents Defendant Rebel Hotel Company New York LLC ("Rebel Hotel") in the above-referenced matter.

This letter is submitted, pursuant to Rule I(c) of Your Honor's Individual Practices in Civil Cases, to request an extension of time for Rebel Hotel to answer, move against, or otherwise respond to the Complaint up to and including **May 1, 2025**. Based on the date of removal, a response to the Complaint was originally due March 28, 2025.

This request is made because our office has recently removed this matter to this Court from New York County Supreme Court and we respectfully request the additional time to speak with our client to prepare a responsive pleading. Plaintiff's counsel has consented to this extension request. An Initial Case Management Conference is presently scheduled for May 27, 2025, and the requested extension will not impact that date.

This is Rebel Hotel's first request to this Court for an extension. We thank you for your courtesies in regard to our requests.

Respectfully submitted,
s/
Tamika N. Hardy

cc: All parties via ECF
4919-8998-8659, v. 1

66 South Pearl Street, Albany, NY 12207-1533  T 518.462.3000  F 518.462.4199
25 Main Street, Court Plaza North, Suite 501, Hackensack, NJ 07601-7082  T 201.287.2460  F 201.489.0595
1301 Riverplace Boulevard, Jacksonville, FL 32207-9047  T 904.792.8925  F 904.467.3461
477 Madison Avenue, New York, NY 10022-5818  T 212.455.9555  F 212.687.9044
2649 South Road, Suite 100, Poughkeepsie, NY 12601-6843  T 845.473.8100  F 845.473.8777