# MIZRAHI ✕ KROUB
## LLP

April 23, 2025

**VIA ECF**
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> DOC #: _____
> DATE FILED: __04/24/2025__

> **APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Friday, May 30, 2025 at 12:30 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Tuesday, June 17, 2025 at 12:30 p.m.
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 04/24/2025

Re:   *Hakim v. Rebel Hotel Company New York LLC*
      Case No.: 1:25-cv-02385-PAE-KHP

Dear Judge Parker:

My office represents Plaintiff in the above captioned matter.  <u>I write to request that the Initial Case Management Conference set for May 30, 2025 before Your Honor be rescheduled due to a personal scheduling conflict.</u>

I have consulted with counsel for Defendant, and they have consented to this request. <u>Counsel for Defendant and I are both available on June 11 or 17, 2025,</u> if the Court is available on either of those dates.  This is the first request for an adjournment of the Initial Case Management Conference.

Thank you for your time and consideration.

Respectfully submitted,

MIZRAHI KROUB LLP

*Sagar Shah*
Sagar K. Shah

cc:   Counsel for Defendant (via ECF)