

**RIVKIN RADLER** LLP
ATTORNEYS AT LAW

TAMIKA N. HARDY
PARTNER
(516) 357-3316
tamika.hardy@rivkin.com

June 11, 2025

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
40 Foley Square, Room
New York, NY 10007

> **APPLICATION GRANTED:** The Initial Case Management Conference scheduled for Tuesday, June 17, 2025 at 12:30 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Wednesday, September 10, 2025 at 10:00 a.m.</u>
>
> **APPLICATION GRANTED**
>
> */s/ Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 06/12/2025

Re:  **Merrisa Hakim v. Rebel Hotel Company New York LLC**
     **Docket No.: 25-cv-2385(PAE)(KHP)**

Dear Judge Parker:

This firm represents Defendant Rebel Hotel Company New York LLC ("Rebel Hotel") in the above-referenced matter.

This letter is submitted jointly on behalf of counsel for Plaintiff and Rebel Hotel (the "Parties"), pursuant to Rule I(c) of Your Honor's Individual Practices in Civil Cases, to request an adjournment of the Initial Case Management Conference, presently scheduled for June 17, 2025. The Parties propose to adjourn the Conference to September 10 or 12, 2025, or a date soon thereafter. This request is made because the matter has recently been referred to mediation by this Court and the Parties would respectfully request that the conference be held at some time after the mediation is expected to take place, so as not to limit the Parties' time for potential discovery thereafter.

The Parties had a call with the assigned mediator this morning, Wednesday, June 11, 2025, and are tentatively looking to schedule the mediation for some time in late July or early August. This is a joint request made by both counsel for Plaintiff and Rebel Hotel. This is the Parties' second request to this Court for an extension.

We thank you for your courtesies in regard to our requests.

Respectfully submitted,
*s/*
Tamika N. Hardy

cc: All parties via ECF
4921-2704-9804, v. 1

66 South Pearl Street        25 Main Street, Court Plaza North   1301 Riverplace Boulevard   477 Madison Avenue        2649 South Road, Suite 100
Albany, NY 12207-1533        Suite 501                           Jacksonville, FL 32207-8907 New York, NY 10022-5818   Poughkeepsie, NY 12601-6843
T 518.462.3000  F 518.462.4199  Hackensack, NJ 07601-7082        T 904.792.8925  F 904.467.3461  T 212.455.9555  F 212.687.9044  T 845.473.8100  F 845.473.8777
                             T 201.287.2460  F 201.489.0595