```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MERRISA HAKIM,

                          Plaintiff,

        -against-

REBEL HOTEL COMPANY, NEW YORK, LLC.,

                          Defendant.
-----------------------------------------------------------------X

25-CV-2385 (PAE) (KHP)

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      In light of the Order of Dismissal filed on July 29, 2025 (doc. no 22) the Initial Case Management Conference currently scheduled for **September 10, 2025** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
             July 29, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge